KEKER & VAN NEST LLP
ASHOK RAMANI - # 200020
aramani@kvn.com
PAVEN MALHOTRA - # 258429
pmalhotra@kvn.com
ELIZABETH MCCLOSKEY - #268184
emccloskey@kvn.com
IAN KANIG - # 295623
ikanig@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
FACEBOOK, INC.

EGLET PRINCE
ROBERT T. EGLET (Pro Hac Vice)
ROBERT M. ADAMS (Pro Hac Vice)
ERICA D. ENTSMINGER(Pro Hac Vice)
400 South Seventh Street, Ste. 400
Las Vegas, NV  89101
Telephone: (702) 450-5400
Facsimile:  (702) 450-5451

RUEB & MOTTA
JOSEPH A MOTTA - #133531
1401 Willow Pass Road, Ste. 880
Concord, CA  94520
Telephone: (925) 602-3400
Facsimile:  (925) 602-0622

Attorneys for Plaintiffs Tom Letizia, et al.

*(CAPTION CONTINUED ON NEXT PAGE)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LETIZIA, an individual; MARK FIERRO, an individual; GREG AUSTIN JR., an individual; TYLER BARNETT PR, LLC, a California limited liability company, RANDY SUTTON, an individual; TONY FELICE PR, LLC, An Arizona limited liability company; and THE ABBI AGENCY, a Nevada corporation; on behalf of themselves and all other similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC., a Delaware corporation; DOES 1 through 20, inclusive,<br><br>        Defendant. | Case No. 3:16-cv-06232-TEH<br><br>[~~PROPOSED~~] **ORDER: (1) GRANTING STIPULATED REQUEST TO CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES; (2) ENLARGING RESPONSIVE PLEADING DEADLINE; (3) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Thelton E. Henderson<br><br>Am. Complaint Filed: December 23, 2016<br><br>Trial Date:  None Set |

[~~PROPOSED~~] ORDER TO: (1) CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES; (2) ENLARGE RESPONSIVE PLEADING DEADLINE; (3) CONTINUE INITIAL CMC
Case No. 3:16-cv-06232-TEH and Case No. 3:17-cv-00233-TEH

1145276.01

| | |
|---|---|
| QUIRKY, INC. and WINK, INC. n/k/a Wink Dissolution Corp., on behalf of themselves and all other similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>FACEBOOK, INC.,<br>Defendant. | Case No. 3:17-cv-00233-TEH<br><br>Judge: Hon. Thelton E. Henderson<br><br>Am. Complaint Filed: February 2, 2017<br><br>Trial Date: None Set |

GIBBS LAW GROUP LLP
Eric H. Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
Aaron Blumenthal (SBN 310605)
504 14TH Street, Ste. 1110
Oakland, CA  94612
Telephone:  510-350-9700
Facsimile:  510-350-9701

COHEN MILSTEIN SELLERS & TOLL PLLC
Andrew N. Friedman (*Pro Hac Vice Forthcoming*)
Geoffrey Graber (SBN 211547)
Eric Kafka (*Pro Hac Vice Forthcoming*)
1100 New York Ave. NW., Fifth Floor
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

Attorneys for Plaintiffs Quirky, Inc. and Wink, Inc.

[PROPOSED] ORDER TO: (1) CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES; (2) ENLARGE RESPONSIVE PLEADING DEADLINE; (3) CONTINUE INITIAL CMC
Case No. 3:16-cv-06232-TEH and Case No. 3:17-cv-00233-TEH

1145276.01

1   The parties have jointly requested to consolidate the following cases: 3:16-cv-6232-TEH
2   and 3:17-cv-00233-TEH.  Having considered the papers submitted by the parties in connection
3   therewith, and good cause appearing, the Court orders as follows:
4   The parties' stipulated request to consolidate is GRANTED.  Accordingly, Case Nos.
5   3:16-cv-6232-TEH and 3:17-cv-00233-TEH are ordered consolidated for all purposes.
6   Pursuant to the parties' agreement, within twenty-one (21) days of entry of this Order,
7   Plaintiffs shall file a single Consolidated Complaint.  The filing of the Consolidated Complaint
8   will trigger the responsive pleading deadline.  Accordingly the current responsive pleading
9   deadlines of February 23 (for 3:17-cv-00233-TEH) and February 24 (for 3:16-cv-6232-TEH) are
10  vacated.
11  The Case Management Conference, currently scheduled for March 6, 2017 at 1:30 p.m.,
12  will be reset after the filing of Plaintiffs' Consolidated Complaint.  The parties need not file a
13  Joint Case Management Statement on February 27, 2017, as previously ordered by this Court.
14  IT IS SO ORDERED.

Dated: 2/10/2017          By: _____
                              HON. THELTON E. HENDERSON

1
[PROPOSED] ORDER TO: (1) CONSOLIDATE RELATED ACTIONS FOR ALL PURPOSES; (2) ENLARGE RESPONSIVE PLEADING DEADLINE; (3) CONTINUE INITIAL CMC
Case No. 3:16-cv-06232-TEH and Case No. 3:17-cv-00233-TEH

1145276.01