GIBBS LAW GROUP LLP
Eric H. Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
Aaron Blumenthal (SBN 310605)
504 14th Street, Ste. 1110
Oakland, CA 94612
Telephone: 510-350-9700
Facsimile: 510-350-9701

COHEN MILSTEIN SELLERS & TOLL PLLC
Andrew N. Friedman (*Pro Hac Vice forthcoming*)
Geoffrey Graber (SBN 211547)
Eric Kafka (*Pro Hac Vice*)
1100 New York Ave. NW., Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiffs* QUIRKY, INC. and WINK, INC.

EGLET PRINCE
ROBERT T. EGLET (*Pro Hac Vice*)
ROBERT M. ADAMS (*Pro Hac Vice*)
ERICA D. ENTSMINGER (*Pro Hac Vice*)
ARTEMUS W. HAM (*Pro Hac Vice*)
400 South Seventh Street, Ste. 400
Las Vegas, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451

*Attorneys for Plaintiffs* TOM LETIZIA et al.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LETIZIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant.<br><br>QUIRKY, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Lead Case No. 3:16-cv-6232-TEH<br>Consolidated Case Nos: 3:16-cv-6232-TEH<br>                               3:17-cv-0233-TEH<br><br>**[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL** |

Having considered Plaintiffs' Motion for Appointment of Interim Class Counsel, including the declarations submitted in support thereof, and good cause appearing, the Court orders as follows:

Plaintiffs' motion is GRANTED.  The Court appoints Eric H. Gibbs (Gibbs Law Group LLP), Andrew N. Friedman (Cohen Milstein Sellers & Toll PLLC), and Robert T. Eglet (Eglet Prince) to serve as Interim Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). Interim Class Counsel will be generally responsible for the overall conduct of the litigation on behalf of the putative class and will have the following specific responsibilities:

1. To determine and present to the Court and opposing parties the position of Plaintiffs and putative class members on all matters arising during pretrial proceedings;

2. To enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

3. To coordinate the initiation and conduct of discovery on behalf of Plaintiffs and putative class members, including the preparation of joint interrogatories and requests for the production of documents and the examination of witnesses in depositions;

4. To hire expert witnesses and consultants on behalf of the putative class, as needed to prepare for class certification or trial, and advance other costs that may be reasonable and necessary to the conduct of the litigation;

5. To conduct settlement negotiations on behalf of Plaintiffs and putative class members, where appropriate, and to present any proposed settlements to the Court on behalf of putative class members;

6. To prepare and distribute status reports to any other law firms that may appear in the case to represent putative class members;

7. To monitor the activities of any other law firms that may appear in the case to represent putative class members, and, where appropriate, allocate work assignments to such firms;

8. To collect and maintain all plaintiffs' counsels' contemporaneously-recorded time records, and to ensure that unnecessary expenditures of time and funds are avoided; and

9. To perform such other duties as may be incidental to the proper prosecution and coordination of pretrial activities on behalf of Plaintiffs and the putative class or authorized by further order of this Court.

**IT IS SO ORDERED.**

Dated: _____    _____
THELTON E. HENDERSON
United States District Judge