UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: October 13, 2017                          Time in Court:  14 minutes

JUDGE: JEFFREY S. WHITE              Court Reporter: Sarah Goekler

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-16-6232 JSW (Consolidated)
TITLE: Tyler Barnett PR, LLC, et al., v. Facebook, Inc.

COUNSEL FOR PLAINTIFF:              COUNSEL FOR DEFENDANT:
Geoffrey Graber                     Ashok Ramani
David Stein                         Elizabeth McCloskey
Erica Entsminger                    Pavin Malhotra
Aaron Blumenthal
Andrew Friedman


PROCEEDINGS:   Initial Case Management Conference

RESULTS:     Counsel are directed to correct the docket re: LEAD COUNSEL

             ADR:  Private Mediation to be completed by 9-12-18

             Parties shall meet and confer and submit a Stipulated Initial Discovery Plan by 10-27-17.

             Exchange of Initial Disclosures:      10-27-17
             Initial Discovery to be served:       10-27-17
             Deadline to Amend Pleadings:          5-5-18

             Motion for Class Certification briefing schedule:
                  Motion due:          11-16-18
                  Opposition due:      1-18-19
                  Reply due:           3-22-19
             Hearing on Motion for Class Certification:   4-26-19 at 9:00 am

             In its Order on Motion for Class Certification, the Court will set a Further Case
             Management Conference to address the remaining schedule.