| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>PAVEN MALHOTRA - # 258429<br>pmalhotra@keker.com<br>MICHELLE S. YBARRA - # 260697<br>mybarra@keker.com<br>ELIZABETH K. MCCLOSKEY - # 268184<br>emccloskey@keker.com<br>EDUARDO SANTACANA - # 281668<br>esantacana@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:     415 397 7188<br><br>ATTORNEYS FOR DEFENDANT<br>FACEBOOK, INC. | GIBBS LAW GROUP LLP<br>Eric H. Gibbs - # 178658<br>David Stein - # 257465<br>Aaron Blumenthal - # 310605<br>504 14TH Street, Ste. 1110<br>Oakland, CA  94612<br>Telephone:  510-350-9700<br>Facsimile:  510-350-9701<br><br>EGLET PRINCE<br>ROBERT T. EGLET (*Pro Hac Vice*)<br>ROBERT M. ADAMS (*Pro Hac Vice*)<br>ERICA D. ENTSMINGER (*Pro Hac Vice*)<br>400 South Seventh Street, Ste. 400<br>Las Vegas, NV  89101<br>Telephone: (702) 450-5400<br>Facsimile:  (702) 450-5451<br><br>Andrew N. Friedman (*pro hac vice*)<br>Geoffrey Graber (SBN 211547)<br>Eric Kafka (*pro hac vice*)<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>COUNSEL FOR PLAINTIFFS AND PROPOSED CLASS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER BARNETT PR, LLC, et. al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Lead Case No. 3:16-cv-06232-JSW<br>Related Case No. 3:17-cv-00233-JSW<br><br>**NOTICE OF AGREEMENT** |

On May 7, 2018, Plaintiffs' counsel and Facebook's counsel met and conferred at the Philip Burton Federal Building & United States Court House to resolve the Joint Letter Brief re Facebook's First Round of Production [ECF 126], Joint Letter Brief re Discovery Plan [ECF 127], and Joint Letter Brief regarding Privilege Logs [ECF 128]. The parties successfully resolved the three letter briefs by reaching the following agreements:

**I. Discovery Schedule**

- The parties will work to produce documents on a rolling basis, and will use reasonable efforts not to back end productions near deadline dates.
- The parties will substantially complete production of documents from ESI custodians by **July 16, 2018.** Specifically, Facebook will complete production from the 12 custodians plaintiffs have already selected, and plaintiffs will complete production from the four custodians already selected, as well as any additional custodians agreed to during the parties' ongoing meet and confer discussions.
- The parties will substantially complete production of non-custodial document requests (served by May 7, 2018) by **July 27, 2018**, subject to the parties' prior agreements regarding scope.
- Parties will request any additional custodians and search terms by **August 1, 2018**;
- Parties will substantially complete document production by **September 30, 2018**;
- Parties reserve their rights to assert objections regarding additional requests. Plaintiffs believe it is important to have the ability to request additional documents, search terms, and custodians following their review of Facebook's Production.  Facebook does not agree that any additional custodians, beyond the 12 it has agreed to provide, are necessary or appropriate.

**II. Timeframe for Facebook's Production[1]**

- Timeframe for Production: August 1, 2013 to March 31, 2017
  - If the pending 12(b)(6) motion does not eliminate Plaintiffs' injunctive relief claim, the parties will meet-and-confer regarding post-March 31, 2017 documents, related to the injunctive relief claim.
- Privilege log: Facebook will produce a privilege log for all documents created on or before December 31, 2016.
  - However, Facebook need not log documents on which outside counsel was copied.

Dated: May 12, 2018                         KEKER, VAN NEST & PETERS LLP

                                    By:   */s/ David Silbert*
                                          DAVID SILBERT
                                          Attorney for Defendant FACEBOOK, INC.

Dated: May 12, 2018                         COHEN MILSTEIN SELLERS & TOLL PLLC

                                    By:   /s/ *Andrew Friedman*
                                          Attorney for Plaintiffs

---

[1] Facebook understood that any agreement regarding the temporal scope of the case would apply reciprocally to all parties. Plaintiffs assert they require additional time to determine if they will apply a temporal scope of August 1, 2013 through March 31, 2017 to their production. The parties will continue to meet and confer on the temporal scope of document requests served on the Plaintiffs.

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: May 12, 2018                                   /s/ Eric Kafka
                                                                    Eric Kafka