KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE S. YBARRA - # 260697
mybarra@keker.com
ELIZABETH K. MCCLOSKEY - #268184
emccloskey@keker.com
EDUARDO E. SANTACANA - # 281668
esantacana@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LLE ONE, LLC, d/b/a Crowd Siren and d/b/a Social Media Models, and JONATHAN MURDOUGH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Lead Case No. 4:16-cv-06232-JSW<br>Related Case No. 4:17-cv-00233-JSW<br><br>**DEFENDANT FACEBOOK, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT**<br><br>**Pursuant to Fed. R. Evid. 201(b)**<br><br>Judge:   Hon. Jeffrey S. White<br><br>Date:    December 14, 2018<br>Time:    9:00 a.m.<br>Dept:    Courtroom 5<br><br>Date Filed: October 27, 2016<br><br>Trial Date:   None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Facebook, Inc. ("Facebook") requests that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the documents attached as Exhibits A and B to the Declaration of Michelle Ybarra ("Ybarra Decl.") in support of Facebook's Motion to Dismiss the Fourth Amended Complaint. Specifically, Facebook requests that the Court take judicial notice of the following documents:

- **Exhibit A**: a true and correct copy of the First Amended Complaint in *Baltazar v. Apple,* No. CV-10-3231-JF (N.D. Cal). (Ybarra Decl. ¶ 3, Ex. A).
- **Exhibit B**: a true and correct copy of the Second Amended Complaint in *McKinney v. Google,* No. 5:10-CV-01177 EJD. (Ybarra Decl. ¶ 4, Ex. B).

This Request for Judicial Notice is based on the attached Memorandum of Points and Authorities, the Ybarra Declaration, all pleadings and records on file in this action, and such other and further matters as the Court may consider.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    INTRODUCTION**

Facebook respectfully requests that this Court take judicial notice of two complaints filed in other consumer class actions filed in the Northern District of California. Facebook requests notice of these documents to enable this Court to evaluate the pleadings that this Court was confronted with when deciding whether to dismiss claims in *Baltazar v. Apple,* No. CV-10-3231-JF, 2011 WL 588209, at *3 (N.D. Cal. Feb. 10, 2011) and *McKinney v. Google,* No. 5:10-CV-01177 EJD, 2011 WL 3862120, at *1-2 (N.D. Cal. Aug. 30, 2011). Facebook relies upon the decisions in these two cases in its Motion to Dismiss the Fourth Amended Complaint.

**II.   ARGUMENT**

Facebook requests this Court take judicial notice of Exhibits A and B to the Declaration of Michelle Ybarra, which consist of complaints filed in *Baltazar v. Apple,* No. CV-10-3231-JF (N.D. Cal) and *McKinney v. Google,* No. 5:10-CV-01177 EJD.

In considering a motion to dismiss brought under Federal Rule of Civil Procedure 12(b)(6), a court may consider any matters subject to judicial notice. *CarMax Auto Superstores California LLC v. Hernandez*, 94 F. Supp. 3d 1078, 1086-7 (C.D. Cal. 2015). A matter is subject to judicial notice when it is "not reasonably subject to dispute" because it either "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

A court may take judicial notice of documents filed in other courts. In *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* the Ninth Circuit, for example, took judicial notice of trial court briefing in other litigation in order "to determine what issues were actually litigated" in those matters. 442 F.3d 741, 746 n.6 (9th Cir. 2006). The Ninth Circuit explained, "We may take judicial notice of court filings and other matters of public record" because they "are readily verifiable and, therefore the proper subject of judicial notice." *Id*. (citing *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1988).

The pleadings Facebook requests judicial notice over here are likewise "readily verifiable and, therefore, the proper subject of judicial notice." *Id.*

### III. CONCLUSION

For the foregoing reasons, Facebook respectfully requests that the Court grant its request for judicial notice in support of its Motion to Dismiss the Fourth Amended Complaint.

Dated: October 5, 2018                                        KEKER, VAN NEST & PETERS LLP

                                        By:   *s/ Michelle Ybarra*
                                                  Michelle Ybarra

                                                  Attorneys for Defendant
                                                  FACEBOOK, INC.