Eric H. Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
David Stein (SBN 257465)
Aaron Blumenthal (SBN 310605)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com
ab@classlawgroup.com

Robert T. Eglet (*pro hac vice*)
Robert M. Adams (*pro hac vice*)
Erica D. Entsminger (*pro hac vice*)
Artemus W. Ham (*pro hac vice*)
**EGLET PRINCE**
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
eservice@egletlaw.com

Andrew N. Friedman (*pro hac vice*)
Geoffrey Graber (SBN 211547)
Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
ekafka@cohenmilstein.com

*Counsel for Plaintiffs and Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| LLE ONE, LLC, d/b/a Crowd Siren and d/b/a Social Media Models, and JONATHAN MURDOUGH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case Nos.: 4:16-cv-06232-JSW<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO PROVISIONALLY FILE UNDER SEAL |

(Note: "PROPOSED" is shown with strikethrough.)

**[PROPOSED] ORDER**

The administrative motion to provisionally file under seal, ECF No. 153, and the corrected administrative motion to provisionally file under seal, ECF No. 156, having been considered, and good cause appearing, are hereby GRANTED. The redacted portions of those filings shall remain provisionally under seal, pending a resolution of whether the underlying material should be permanently sealed. *See generally* ECF No. 144.

**IT IS SO ORDERED.**

Date:   October 9, 2018                                            *Jeffrey S. White*

   JEFFREY S. WHITE