| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>PAVEN MALHOTRA - # 258429<br>pmalhotra@keker.com<br>MICHELLE S. YBARRA - # 260697<br>mybarra@keker.com<br>ELIZABETH K. MCCLOSKEY - # 268184<br>emccloskey@keker.com<br>EDUARDO SANTACANA - # 281668<br>esantacana@keker.com<br>CHRISTOPHER S. SUN - # 308945<br>csun@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>ATTORNEYS FOR DEFENDANT<br>FACEBOOK, INC. | GIBBS LAW GROUP LLP<br>Eric H. Gibbs - # 178658<br>David Stein - # 257465<br>Aaron Blumenthal - # 310605<br>505 14th Street, Ste. 1110<br>Oakland, CA  94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br><br>EGLET PRINCE<br>ROBERT T. EGLET (Pro Hac Vice)<br>ROBERT M. ADAMS (Pro Hac Vice)<br>ERICA D. ENTSMINGER (Pro Hac Vice)<br>400 South Seventh Street, Ste. 400<br>Las Vegas, NV  89101<br>Telephone: (702) 450-5400<br>Facsimile: (702) 450-5451<br><br>COHEN MILSTEIN SELLERS & TOLL<br>ANDREW N. FRIEDMAN (Pro Hac Vice)<br>GEOFFREY GRABER - # 211547<br>ERIC KAFKA (Pro Hac Vice)<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>ATTORNEYS FOR PLAINTIFFS AND<br>PROPOSED CLASS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLE ONE, LLC, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | Case No. 4:16-cv-06232-JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER LIFTING PROVISIONAL SEAL<br>OF DOCUMENTS** |

**STIPULATION**

WHEREAS, on August 3, 2018, Plaintiffs filed their Fourth Amended Complaint provisionally under seal, pursuant to Civil Local Rule 79-5(e), *see* ECF No. 140, and on August 30, 2018, Facebook filed a declaration in support of sealing the Fourth Amended Complaint, *see* ECF No. 146-1;

WHEREAS, on September 27, 2018, Plaintiffs filed a brief in opposition to sealing the Fourth Amended Complaint, which was also filed provisionally under seal, *see* ECF No. 156; and

WHEREAS, on October 4, 2018, Facebook filed a notice stating that, while it is not consenting to unseal any other confidential information, it does not oppose unsealing the Fourth Amended Complaint, ECF No. 159 at 2;

THEREFORE, IT IS HEREBY STIPULATED, subject to the Court's approval, that:

1. The provisional seal of the Fourth Amended Complaint, ECF No. 140, and Plaintiffs' opposition brief, ECF No. 156, is terminated.

2. Plaintiffs shall file unredacted versions of both documents into the public record.

**SO STIPULATED AND AGREED.**

Dated: October 13, 2018                                KEKER, VAN NEST & PETERS LLP

                                                       By:  */s/ David Silbert*
                                                            DAVID SILBERT
                                                            Attorney for Defendant Facebook, Inc.

Dated: October 13, 2018                                GIBBS LAW GROUP LLP

                                                       By:  */s/ David Stein*
                                                            DAVID STEIN
                                                            Attorney for Plaintiffs

I, David Stein, the ECF user whose Login and Password authorized the filing of this document, attest that the other above signatories have concurred in its filing.

DATED: October 15, 2018        /s/ *David Stein*
                                            DAVID STEIN

## [~~PROPOSED~~] ORDER

Having been considered and good cause appearing, the stipulation is hereby GRANTED. Plaintiffs shall file the unredacted Fourth Amended Complaint and their brief in opposition to sealing the Fourth Amended Complaint in the public record.

**IT IS SO ORDERED.**

Dated: October 15, 2018

                                            HON. JEFFREY S. WHITE
                                            United States District Judge