UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LLE ONE, LLC, et al.,

    Plaintiffs,

v.

FACEBOOK INC.,

    Defendant.

Case No. 16-cv-06232-JSW

**ORDER TO SHOW CAUSE**

On October 5, 2018, Facebook, Inc. ("Facebook") filed a motion to dismiss. (Dkt. No. 160.) Responses were due by October 19, 2018, and replies by October 26, 2018. These deadlines have passed, and the Court has received no additional filings related to the motion to dismiss.

Plaintiffs are ordered to show cause, no later than November 5, 2018, why this Court should not consider the motion to dismiss as unopposed.

IT IS SO ORDERED.

Dated: October 30, 2018

_____
JEFFREY S. WHITE
United States District Judge