# EXHIBIT 4

KEKER, VAN NEST & PETERS LLP
DAVID SILBERT- # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE S. YBARRA - # 260697
mybarra@keker.com
ELIZABETH K. MCCLOSKEY - #268184
emccloskey@keker.com
EDUARDO E. SANTACANA - # 281668
esantacana@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LLE ONE, LLC, d/b/a Crowd Siren and d/b/a Social Media Models, and JONATHAN MURDOUGH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 4:16-cv-06232-JSW<br>Related Case No. 4:17-cv-00233-JSW<br><br>**DEFENDANT FACEBOOK, INC.'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES**<br><br>Dept:   Courtroom 5, 2nd Floor<br>Judge:  Hon. Jeffrey S. White<br><br>Trial Date:   None Set |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Facebook, Inc. ("Facebook") hereby submits the following supplemental Initial Disclosures. The disclosures contained herein are based on information reasonably available to Facebook as of the date of the response. Facebook reserves the right to further supplement or amend these disclosures upon further investigation and discovery in this matter.

These disclosures are made without waiver of, and without prejudice to, any objections Facebook may have regarding the subject matter of these disclosures or any documents or individuals identified herein. Facebook expressly reserves all objections, including but not limited to relevance, attorney-client privilege, work-product protection, any other applicable privilege or protection against discovery under federal or state law, undue burden, materiality, overbreadth, proportionality, and admissibility.

**A. Individuals likely to have discoverable information that Facebook may use to support its claims or defenses—Fed. R. Civ. P. 26(a)(1)(A)(i).**

| Name | Last Known Address and Telephone, if any | Subject(s) of Knowledge |
| --- | --- | --- |
| Facebook employees | Facebook employees may be contacted only through counsel for Facebook:<br><br>c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Information relating to the composition and operation of Facebook's video advertising platform; development and use of the Average Duration Video View, Average Percentage Video View, and Average % Completion metrics; sales and revenue, if any, related to video advertising.<br><br>The scope and nature of plaintiffs' claims against Facebook are not clear at this time. Facebook will supplement this disclosure as additional details are provided by plaintiffs. |
| Facebook marketing/sales personnel | Facebook marketing/sales personnel may be contacted only through counsel for Facebook:<br><br>c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Marketing and sales information relating to Facebook's video advertisements. |

| Name | Last Known Address and Telephone, if any | Subject(s) of Knowledge |
|---|---|---|
| Asad Awan, Engineering Director at Facebook | Mr. Awan may be contacted only through counsel for Facebook:<br><br>c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Technical information relating to Facebook video advertising platform and metrics. |
| Angela Chen, Software Engineer at Facebook | Ms. Chen may be contacted only through counsel for Facebook:<br><br>c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Technical information relating to Facebook video advertising platform and metrics. |
| Jing Fang, Software Engineer at Facebook | Ms. Fang may be contacted only through counsel for Facebook:<br><br>c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Technical information relating to Facebook video advertising platform and metrics |
| Ritwik Tewari, Engineering Manager at Facebook | Mr. Tewari may be contacted only through counsel for Facebook:<br><br>c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Technical information relating to Facebook video advertising platform and metrics. |
| Mao Xue, Engineering Manager at Facebook | Mr. Xue may be contacted only through counsel for Facebook:<br><br>c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Technical information relating to Facebook video advertising platform and metrics. |
| Monica Chander, Product Marketing Manager at Facebook | Ms. Chander may be contacted only through counsel for Facebook:<br><br>c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Product information relating to Facebook video advertisements. |
| Rachel Tucker, Product Manager at Facebook | Ms. Tucker may be contacted only through counsel for Facebook:<br><br>c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Product information relating to Facebook's video advertising platform. |

1292337

| Name | Last Known Address and Telephone, if any | Subject(s) of Knowledge |
|---|---|---|
| Anaid Ortigoza, Product Manager at Facebook | Ms. Ortigoza may be contacted only through counsel for Facebook: c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Product information relating to Facebook's video advertising platform. |
| Taylor (McCauley) Tilley, Regional Product Marketing Lead at Facebook | Ms. Tilley may be contacted only through counsel for Facebook: c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Product marketing information relating to Facebook's video advertising platform. |
| John Poffenberger, Business Operations Manager at Facebook | Mr. Poffenberger may be contacted only through counsel for Facebook: c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Information related to Facebook advertising revenue. |
| Nathan Davis, Product Manager at Facebook | Mr. Davis may be contacted only through counsel for Facebook: c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Information relating to Facebook video advertising metrics, third party advertising metric providers, and third party advertising metric verification. |
| David Fischer, Vice President, Business and Marketing Partnerships at Facebook | Mr. Fischer may be contacted only through counsel for Facebook: c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Information relating to Facebook video advertisements and platform, and video advertising metrics. |
| Matthew Idema, Chief Operating Officer at WhatsApp | Mr. Idema may be contacted only through counsel for Facebook: c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Information relating to Facebook video advertisements and platform, and video advertising metrics. |
| Jonathan Lewis, Group Product Manager at Twitter | Mr. Lewis may be contacted only through counsel for Facebook: c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Information relating to Facebook video advertisements and platform, and information relating to any refunds or reimbursement provided to customers relating to Facebook's video advertising metrics. |

1292337

| Name | Last Known Address and Telephone, if any | Subject(s) of Knowledge |
|---|---|---|
| Susan Buckner Rose, Director, Monetization Product Marketing at Instagram | Ms. Buckner Rose may be contacted only through counsel for Facebook: <br><br> c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Information relating to the development of Facebook video advertising product. |
| Adam Syta, Software Engineer at Facebook | Mr. Syta may be contacted only through counsel for Facebook: <br><br> c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Technical information relating to Facebook video advertising platform and metrics. |
| Jonathan Hoover, Program Lead at Facebook | Mr. Hoover may be contacted only through counsel for Facebook: <br><br> c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Information relating to the auditing and verification of Facebook's video advertising metrics. |
| Nikita Loginov, Product Data Scientist at Facebook | Mr. Loginov may be contacted only through counsel for Facebook: <br><br> c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Information relating to the usage of Facebook's video advertising metrics. |
| Katlyn Calia, Business Integrity Analyst at Facebook | Ms. Calia may be contacted only through counsel for Facebook: <br><br> c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Information relating to any refunds or reimbursement provided to customers relating to Facebook's video advertising metrics. |
| Chinmay Karande, Engineering Director at Facebook | Mr. Karande may be contacted only through counsel for Facebook: <br><br> c/o Keker Van Nest & Peters LLP, San Francisco, CA 94111, (415) 391-5400 | Pricing information relating to Facebook video advertisements. |
| Persons most knowledgeable at Tyler Barnett PR, LLC | It is believed that Tyler Barnett PR, LLC may be contacted through its counsel: <br><br> Eglet Prince, 400 South Seventh Street, Suite 400, Las Vegas, NV 89101, (702) 450-5400 | Information related to Tyler Barnett PR, LLC's purchase of video advertising on Facebook's platform; receipt of video metrics information; decision-making pertaining to video advertising campaigns; Tyler Barnett PR, LLC's business and financial information. |

| Name | Last Known Address and Telephone, if any | Subject(s) of Knowledge |
| --- | --- | --- |
| Persons most knowledgeable at LLE ONE, LLC, d/b/a Crowd Siren and d/b/a Social Media Models | It is believed that LLE ONE, LLC may be contacted through its counsel:<br><br>Eglet Prince, 400 South Seventh Street, Suite 400, Las Vegas, NV 89101, (702) 450-5400 | Information related to LLE ONE, LLC's purchase of video advertising on Facebook's platform; receipt of video metrics information; decision-making pertaining to video advertising campaigns; LLE ONE, LLC's business and financial information. |
| Jonathan Murdough | It is believed that Mr. Murdough may be contacted through his counsel:<br><br>Eglet Prince, 400 South Seventh Street, Suite 400, Las Vegas, NV 89101, (702) 450-5400 | Information related to Mr. Murdough's purchase of video advertising on Facebook's platform; receipt of video metrics information; decision-making pertaining to video advertising campaigns; Mr. Murdough's business and financial information. |
| Persons most knowledgeable at Quirky, Inc. | It is believed that Quirky, Inc. may be contacted through its counsel:<br><br>Cohen Millstein Sellers & Toll PLLC, 1100 New York Ave. NW, Fifth Floor, Washington, D.C. 20005, (202) 408-4600<br><br>Gibbs Law Group LLP, 505 14th Street, Suite 1110, Oakland CA 94612, (510) 350-9700 | Information related to Quirky, Inc.'s purchase of video advertising on Facebook's platform; receipt of video metrics information; decision-making pertaining to video advertising campaigns; Quirky, Inc.'s business and financial information. |
| Persons most knowledgeable at Wink, Inc., n/k/a Wink Dissolution Corp. | It is believed that Wink, Inc. may be contacted through its counsel:<br><br>Gibbs Law Group LLP, 505 14th Street, Suite 1110, Oakland CA 94612, (510) 350-9700<br><br>Eglet Prince, 400 South Seventh Street, Suite 400, Las Vegas, NV 89101, (702) 450-5400 | Information related to Wink, Inc.'s purchase of video advertising on Facebook's platform; receipt of video metrics information; decision-making pertaining to video advertising campaigns; Wink, Inc.'s business and financial information. |

Facebook reserves the right to rely on any individuals identified in the initial disclosures of Plaintiffs. Facebook reserves the right to disclose additional individuals whom Facebook may use to support its claims or defenses based on information learned during the course of this litigation. By indicating above the substance of the information known by these individuals and/or the general-subject matter of information these individuals possess, Facebook is in no way

1292337

limiting its right to call any individuals listed to testify concerning other subjects. Facebook also reserves the right to rely upon expert testimony regarding Plaintiffs' asserted claims and Facebook's defenses thereto, as well as regarding damages and/or any other issue about which expert opinion testimony may be relevant and appropriate.

**B. Documents in Facebook's possession, custody or control that Facebook may use to support its claims or defenses—Fed. R. Civ. P. 26(a)(1)(A)(ii).**

Facebook may use the following categories of documents and things to support its defenses:

- Documents and communications related to video advertisements ordered, purchased or obtained by the Plaintiffs and putative class members on Facebook's platform.
- Documents and communications related to the performance of Plaintiffs' and putative class members' video advertisements.
- Communications between the Plaintiffs and putative class members and Facebook related to video advertising.
- Documents related to Facebook's video advertising platform and products.
- Documents related to Facebook's video advertising metrics including the following metrics: the average duration of video view, average percent video viewed, and average percent completion metrics.
- Communications between Facebook and video advertising partners and clients related to video advertising metrics.
- Documents concerning contractual agreements entered into between Facebook and its advertising clients.
- Other documents related to Facebook's defenses to Plaintiffs' allegations.

This information is based on Facebook's investigation to date, and Facebook reserves the right to supplement and/or amend this information upon further investigation and discovery in this action, and may rely upon additional materials. This disclosure does not include expert materials that may be developed during the course of this litigation. Such expert materials will be disclosed pursuant to the Federal Rules of Civil Procedure and this Court's orders. This disclosure does not constitute an admission as to the relevance or admissibility of the identified materials or a waiver of any attorney-client privilege, work-product protection, or other applicable protection or immunity from discovery.

6
DEFENDANT FACEBOOK, INC.'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES
Case No. 4:16-cv-06232-JSW
1292337

The foregoing documents either are publicly available or are located at Facebook and/or Keker, Van Nest & Peters, LLP, 633 Battery Street, San Francisco, California 94111, or, on information and belief, are in the possession of Plaintiffs, their counsel, or putative class members.

### C. Computation of any category of damages claimed by the disclosing party—Fed. R. Civ. P. 26(a)(1)(A)(iii).

At this time, Facebook only seeks to recover its reasonable attorneys' fees and costs. Facebook is not yet certain as to the amount of fees and costs that it will seek.

### D. Applicable insurance agreement—Fed. R. Civ. P. 26(a)(1)(A)(iv)

Facebook is unaware of any applicable insurance agreement.

### E. Certification

Pursuant to Federal Rule of Civil Procedure 26(g)(1), the undersigned certifies that to the best of his knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, the foregoing disclosure is complete and correct as of the time it is made.

In providing the above initial disclosures, Facebook does not waive any objections, defenses or applicable privileges. Facebook will supplement these disclosures to the extent required by the Federal Rules of Civil Procedure and the Local Rules of the Court.

Dated: July 31, 2018 　　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

　　　　　　　　　　　　　　　　　　　　By: *s/ David Silbert*
　　　　　　　　　　　　　　　　　　　　　　DAVID SILBERT

　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　FACEBOOK, INC.

| | |
|---|---|
| 1 | PROOF OF SERVICE |

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On July 31, 2018, I served the following document(s):

- **DEFENDANT FACEBOOK, INC.'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Eric H. Gibbs<br>Dylan Hughes<br>Aaron Blumenthal<br>David Stein<br>GIBBS LAW GROUP LLP<br>504 14th Street, Suite 1110<br>Oakland, CA  94612 | Telephone:  (510) 350-9700<br>Facsimile:  (510) 350-9701<br>ehg@classlawgroup.com<br>dsh@classlawgroup.com<br>ab@classlawgroup.com<br>ds@classlawgroup.com |
| Andrew N. Friedman<br>Geoffrey Graber<br>Eric Kafka<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave., NW, 5th Floor<br>Washington DC  20005 | Telephone:  (202) 408-4600<br>Facsimile:  (202) 408-4699<br>afriedman@cohenmilstein.com<br>ggraber@cohenmilstein.com<br>ekafka@cohenmilstein.com<br>mwozniak@cohenmilstein.com |
| Robert T. Eglet<br>Robert M. Adams<br>Erica D. Entsminger<br>Artemus W. Ham<br>EGLET PRINCE<br>400 South Seventh St., Ste 400<br>Las Vegas, NV  89101 | Telephone:  (702) 450-5400<br>Facsimile:  (702) 450-5451<br>eservice@egletlaw.com |

Executed on July 31, 2018, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Alisa Thompson

8
DEFENDANT FACEBOOK, INC.'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES
Case No. 4:16-cv-06232-JSW

1292337