| | |
|---|---|
| Eric H. Gibbs (SBN 178658) | Robert T. Eglet (*pro hac vice*) |
| David Stein (SBN 257465) | Robert M. Adams (*pro hac vice*) |
| Aaron Blumenthal (SBN 310605) | Erica D. Entsminger (*pro hac vice*) |
| **GIBBS LAW GROUP LLP** | Artemus W. Ham (*pro hac vice*) |
| 505 14th Street, Suite 1110 | **EGLET PRINCE** |
| Oakland, CA 94612 | 400 South Seventh Street, Suite 400 |
| Telephone: (510) 350-9700 | Las Vegas, NV 89101 |
| Facsimile: (510) 350-9701 | Telephone: (702) 450-5400 |
| ehg@classlawgroup.com | Facsimile: (702) 450-5451 |
| ds@classlawgroup.com | eservice@egletlaw.com |
| ab@classlawgroup.com | |

Andrew N. Friedman (*pro hac vice*)
Geoffrey Graber (SBN 211547)
Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
ekafka@cohenmilstein.com

*Counsel for Plaintiffs and Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| LLE ONE, LLC, *et al.*, | Case No.: 4:16-cv-06232-JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PAGE LIMITS FOR CLASS CERTIFICATION BRIEFING** |
| v. | |
| FACEBOOK, INC., | Dept: Courtroom 5, 2nd Floor |
| Defendant. | Judge: Jeffrey S. White |

The parties stipulate as follows:

1. This is a proposed class action lawsuit, initiated in October 2016.

2. Plaintiffs' motion for class certification is due June 14, 2019. Defendant's opposition is due by August 16, 2019. Plaintiffs' reply is due by October 18, 2019. (ECF No. 172.)

3. For more than a year, the parties have been engaged in discovery. By June 14, 2019, the parties will have taken more than ten depositions (including depositions of third parties), and the parties will have produced hundreds of thousands of pages of documents.

4. In light of the discovery conducted in this case, and the reality that their class certification briefing will need to reference and rely on much of that discovery, the parties anticipate a need for more space in the class certification briefing beyond the presumptive 15-page limit for all briefs in the Court's standing order. *See* Judge White's Standing Civil Orders at ¶ 7.

5. The parties thus agree that, subject to the Court's approval, the maximum page length should be extended beyond the presumptive 15-page limit for the class certification related briefs.

6. Having met and conferred, the parties have unfortunately been unable to agree to the appropriate length of the class certification briefs:

   a. Plaintiffs propose: 25 pages for the opening brief, 25 pages for the opposition brief, and 25 pages for the reply brief.

   b. Defendant proposes: 30 pages for the opening brief, 30 pages for the opposition brief, and 20 pages for the reply brief.

7. The parties therefore stipulate, subject to Court approval, that the class certification briefing page limits shall be extended to either of the above-proposed lengths or to some other length that the Court deems appropriate.

**IT IS SO STIPULATED AND AGREED.**

DATED: May 17, 2019          **GIBBS LAW GROUP LLP**

By: /s/ *David Stein*

| | | |
|---|---|---|
| | | *Attorney for Plaintiffs and the Proposed Class* |
| DATED: May 17, 2019 | | **KEKER, VAN NEST & PETERS LLP** |
| | | By: /s/ *David Silbert* |
| | | *Attorney for Defendant Facebook, Inc.* |

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

DATED: May 17, 2019 /s/ *David Stein*

**[PROPOSED] ORDER**

Based on the stipulation of the parties, it is so ordered. The maximum page limit for the class certification related briefing in this matter is extended beyond the presumptive 15-page limits. The page limits for each brief shall be: 25 pages for Plaintiffs' class certification motion, 25 pages for Defendant's opposition brief, and 25 pages for Plaintiffs' reply brief.

**IT IS SO ORDERED.**

Dated: June 7, 2019

HON. JEFFREY S. WHITE
United States District Judge