| | |
|---|---|
| Eric H. Gibbs (SBN 178658) | Robert T. Eglet (*pro hac vice*) |
| David Stein (SBN 257465) | Robert M. Adams (*pro hac vice*) |
| Aaron Blumenthal (SBN 310605) | Erica D. Entsminger (*pro hac vice*) |
| **GIBBS LAW GROUP LLP** | Artemus W. Ham (*pro hac vice*) |
| 505 14th Street, Suite 1110 | **EGLET PRINCE** |
| Oakland, CA 94612 | 400 South Seventh Street, Suite 400 |
| Telephone: (510) 350-9700 | Las Vegas, NV 89101 |
| Facsimile: (510) 350-9701 | Telephone: (702) 450-5400 |
| ehg@classlawgroup.com | Facsimile: (702) 450-5451 |
| ds@classlawgroup.com | eservice@egletlaw.com |
| ab@classlawgroup.com | |

Andrew N. Friedman (*pro hac vice*)
Geoffrey Graber (SBN 211547)
Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
ekafka@cohenmilstein.com

*Counsel for Plaintiffs and Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| LLE ONE, LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　Defendant. | Case No.: 4:16-cv-06232-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION DEADLINES IN LIGHT OF SETTLEMENT**<br><br>Dept:　Courtroom 5, 2nd Floor<br>Judge:　Jeffrey S. White |

The parties, through their undersigned counsel and subject to the Court's approval, stipulate as follows:

1. WHEREAS, this is a proposed class action lawsuit, initiated in October 2016.

2. WHEREAS, this litigation is currently subject to a case schedule set forth in the Court's order dated November 14, 2018, (ECF No. 172).

3. WHEREAS, that schedule requires, among other things, that Plaintiffs file their motion for class certification this Friday, June 14, 2019, (*id.*).

4. WHEREAS, in April 2019, the parties participated in a mediation with the Honorable Vaughn R. Walker (Ret.).

5. WHEREAS, over the course of the two months following the mediation, with Judge Walker's assistance, the parties continued their efforts to settle the litigation.

6. WHEREAS, the parties have now agreed to terms on a classwide settlement that would fully resolve this litigation.

7. WHEREAS, the parties intend to promptly memorialize their settlement in a formal written agreement, which they will then present for Court approval under Federal Rule of Civil Procedure 23(e).

8. WHEREAS, in the interest of sparing judicial resources and ensuring that the parties can devote their attention to finalizing and presenting their settlement to the Court for approval, the parties respectfully request that all current litigation deadlines be stayed.

THEREFORE, IT IS HEREBY STIPULATED, subject to the Court's approval, that:

1. All pending litigation deadlines shall be stayed.

2. The parties shall work diligently to present their proposed settlement to the Court and shall file a motion for preliminary settlement approval no later than 60 days after the Court approves this stipulation.

**IT IS SO STIPULATED AND AGREED.**

DATED: June 12, 2019					**GIBBS LAW GROUP LLP**

							By: /s/ *Eric H. Gibbs*

							*Attorney for Plaintiffs and the
							Proposed Class*

DATED: June 12, 2019					**KEKER, VAN NEST & PETERS LLP**

							By: /s/ *David J. Silbert*

							*Attorney for Defendant Facebook, Inc.*

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

DATED: June 12, 2019					/s/ *Eric H. Gibbs*

2
STIPULATION AND [PROPOSED] ORDER TO MODIFY PAGE LIMITS
Case No.: 4:16-cv-06232-JSW

# [PROPOSED] ORDER

Based on the stipulation of the parties, it is so ordered. All pending litigation deadlines shall be stayed. The parties shall file their motion for preliminary settlement approval no later than 60 days from the date of this order.

**IT IS SO ORDERED.**

Dated: _____

HON. JEFFREY S. WHITE
United States District Judge