Eric H. Gibbs (SBN 178658)
David Stein (SBN 257465)
Kyla J. Gibboney (SBN 301441)
Aaron Blumenthal (SBN 310605)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
kjg@classlawgroup.com
ab@classlawgroup.com

Robert T. Eglet (*pro hac vice*)
Robert M. Adams (*pro hac vice*)
Erica D. Entsminger (*pro hac vice*)
Artemus W. Ham (*pro hac vice*)
**EGLET ADAMS**
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
eservice@egletlaw.com

Andrew N. Friedman (*pro hac vice*)
Geoffrey Graber (SBN 211547)
Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
ekafka@cohenmilstein.com

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| LLE ONE, LLC, *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>               Defendant. | Case No.: 4:16-cv-06232-JSW<br><br>**JOINT DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND AWARD OF ATTORNEYS' FEES, LITIGATION COSTS AND SERVICE AWARDS**<br><br>Date:     March 20, 2020<br>Time:    9:00 a.m.<br>Dept:    Courtroom 5, 2nd Floor<br>Judge:  Jeffrey S. White |

We, Eric H. Gibbs, Robert T. Eglet, and Andrew N. Friedman declare as follows:

1.    We are partners at the three law firms (Gibbs Law Group LLP, Cohen Milstein, Sellers & Toll PLLC, and Eglet Adams) that have represented Plaintiffs and the proposed class over the past three-plus years. We make this declaration based on personal knowledge and review of each firm's case file, and in support of Plaintiffs' motion for final approval of class action settlement and motion for attorneys' fees.

2.    To assist in the Court's assessment of reasonable attorneys' fees, below we provide a detailed summary of our firms' efforts devoted to litigating this action and delivering this settlement.

3.    Separately, each of us will also be filing a supplemental declaration that supports each of our own firms' hourly billing rates, litigation-cost contributions, and other information that may be relevant to the Court's consideration of final approval or to attorneys' fees, cost reimbursements, or class representative service awards.

4.    Below, to assist in the Court's understanding of the nature and quantity of the work that our firms undertook to investigate, litigate, and ultimately resolve this case on behalf of the nationwide class, we provide (i) the total number of hours billed by each of our lawyers and legal-staff members; (ii) each of those individuals' hourly billing rates; (iii) the resulting lodestar; and (iv) a summary of the work performed by counsel at each stage of this litigation.

## I.    A summary of Plaintiffs' counsel's efforts throughout the litigation

5.    The following tables list the total hours and lodestar first for the attorneys and then for the professional staff who prosecuted this action, followed by a detailed description of counsel's efforts at different points throughout the litigation. As the table reflects, our firms devoted over 11,700 hours to the litigation over the past three-plus years. In our experience, having litigated and successfully resolved numerous complex class actions in recent years, and given the nature of this case and the aggressive defense Facebook mounted, the number of hours devoted to litigating this case on behalf of the class was reasonable and indeed necessary to achieving the results obtained. In addition, we have each exercised billing discretion in the

1

course of reviewing our time for the purposes of filing this attorneys'-fee motion, and each firm has voluntarily reduced the number of hours billed to the litigation.

| Timekeeper | Title | Bar Date | Firm | Rate | Hours | Lodestar |
|---|---|---|---|---|---|---|
| Andrew N. Friedman | Partner | 1983 | Cohen Milstein Sellers & Toll | $940 | 281.75 | $264,845 |
| Geoffrey Graber | Partner | 2000 | Cohen Milstein Sellers & Toll | $790 | 1,433.75 | $1,132,662.50 |
| Michael Eisenkraft | Partner | 2004 | Cohen Milstein Sellers & Toll | $740 | 76.75 | $56,795 |
| Julia Horwitz | Associate | 2012 | Cohen Milstein Sellers & Toll | $545 | 166.5 | $90,742.50 |
| Eric Kafka | Associate | 2014 | Cohen Milstein Sellers & Toll | $505 | 1,983.25 | $1,001,541.25 |
| Brian E. Johnson | Staff Attorney | 2012 | Cohen Milstein Sellers & Toll | $395 | 49.75 | $19,651.25 |
| Carolyn Mozden | Contract Attorney | 2003 | Cohen Milstein Sellers & Toll | $385 | 201.75 | $77,673.75 |
| Regina Powers | Law Clerk | 2019 | Cohen Milstein Sellers & Toll | $290 | 20.75 | $6,017.50 |
| Benjamin Love | Contract Attorney | 2014 | Cohen Milstein Sellers & Toll | $250 | 136.5 | $34,125 |
| Andrew Sanchez | Contract Attorney | 2017 | Cohen Milstein Sellers & Toll | $250 | 138 | $34,500 |
| Eric Gibbs | Partner | 1995 | Gibbs Law Group | $910 | 370.6 | $337,246 |
| Dylan Hughes | Partner | 2000 | Gibbs Law Group | $750 | 111.1 | $83,325 |
| Geoffrey Munroe | Partner | 2003 | Gibbs Law Group | $720 | 904.1 | $650,952 |
| Dave Stein | Partner | 2007 | Gibbs Law Group | $710 | 874.3 | $620,753 |
| Kyla Gibboney | Associate | 2014 | Gibbs Law Group | $460 | 140.1 | $64,446 |
| Aaron Blumenthal | Associate | 2016 | Gibbs Law Group | $430 | 1183.5 | $508,905 |

| Robert T. Eglet | Partner | 1988 | Eglet Adams | $870 | 244.1 | $212,367 |
| Robert Adams | Partner | 1998 | Eglet Adams | $800 | 257.5 | $206,000 |
| Erica D. Entsminger | Partner | 1999 | Eglet Adams | $690 | 1,957.2 | $1,350,468 |
| Artemus W. Ham | Partner | 1999 | Eglet Adams | $650 | 86.9 | $56,485 |
| Richard Hy | Associate | 2011 | Eglet Adams | $450 | 225.8 | $101,610 |
| Gamal Hennessey | Contract Attorney | 1998 | Eglet Adams | $200 | 496.5 | $99,300 |

| Timekeeper | Title | Firm | Rate | Hours | Lodestar |
|---|---|---|---|---|---|
| Emilio Blasse | Investigator | Cohen Milstein Sellers & Toll | $490 | 68 | $33,320 |
| Lee, JiHoon | Paralegal | Cohen Milstein Sellers & Toll | $315 | 87.75 | $27,641.25 |
| Hamdan, Shireen | Paralegal | Cohen Milstein Sellers & Toll | $300 | 32 | $9,600 |
| Wozniak, Mariah | Paralegal | Cohen Milstein Sellers & Toll | $300 | 246.75 | $74,025 |

6.     Due to the significant time and resources it required, litigating this action over the last three-plus years precluded our firms from accepting additional employment.

7.     Next, to help the Court contextualize those totals in light of the considerable effort undertaken in this case, below we segment the litigation into eight time periods, as described in the following table. Then, for each time period, we describe what was happening in the litigation, list the major tasks we devoted our time toward, and provide the hours and lodestar figures for each of the attorneys and paralegals who worked on the case during that time period.

| | Time Period | Description | Hours | Lodestar |
|---|---|---|---|---|
| A. | 10/3/16 – 4/19/17 | Factual investigation, legal research, expert consultation, document review, motion practice and other efforts to coordinate cases, preparation of initial and consolidated complaints | 1,041.05 | $733,952.50 |
| B. | 4/20/17 – 12/15/17 | Multiple rounds of motion-to-dismiss briefing, amendment of complaints, beginning of discovery | 1,736.2 | $1,166,745.25 |
| C. | 12/16/17 – 5/2/18 | Continued discovery (including multiple discovery motions), further motion-to-dismiss briefing | 1,548 | $904,813.75 |
| D. | 5/3/18 – 11/2/2018 | Further discovery (and additional discovery-motion briefing and negotiation), document review, briefing of final motion to dismiss | 2,699.9 | $1,503,830.50 |
| E. | 11/3/18 – 3/4/19 | Identification and vetting of experts for class certification, fact-witness depositions, continued discovery | 1,777.9 | $982,148.75 |
| F. | 3/5/19 – 6/11/19 | Preparation of class-certification motion and exhibits, further depositions, continued discovery, mediation and post-mediation negotiations | 2,343.5 | $1,447,866 |
| G. | 6/12/19 – 10/4/19 | Settlement agreement and exhibits, settlement administration, preliminary approval | 430.45 | $310,323.25 |
| H. | 10/05/19 – 1/15/20 | Class notice, continued settlement administration, final approval and fee motion | 197.95 | $105,317 |
| **Total:** | | | **11,774.95** | **$7,154,997** |

**A.   Factual investigation, legal research, expert consultation, document review, motion practice and other efforts to coordinate cases, preparation of initial and consolidated complaints (October 3, 2016, to April 19, 2017)**

8.     In advance of filing the two initial complaints in this matter (the first filed on

October 27, 2016), Plaintiffs' counsel investigated the facts and legal claims at issue, including

4

by reviewing communications between Facebook and affected video advertisers, studying Facebook's metrics and advertising interface, reviewing Facebook's historical statements about video view duration, meeting with potential plaintiffs, working with investigators, and interviewing and consulting with experts knowledgeable about the industry.

9.     Plaintiffs' counsel then briefed a motion to dismiss the second-filed complaint pursuant to the first-to-file doctrine, and met and conferred to discuss consolidating the actions. After several meetings, we began working together to coordinate the actions for the benefit of the parties and the Court: we prepared the papers requesting that the multiple actions be deemed related so that they could be brought before a single Judge, stipulated to consolidating the cases, and moved to appoint lead counsel for the proposed class (and, once Facebook chose to oppose the motion, prepared further briefing on the issue).

10.     During this period, we also researched, drafted, and filed an amended consolidated complaint, adding parties and claims. As part of developing the initial and amended pleadings, we:

- ▪ Conducted a thorough factual investigation, which included reviewing blog posts, and news articles, as well as researching the workings of Facebook's ad manager and the placement of video ads on Facebook's platform and the importance of backend advertising metrics;
- ▪ Interviewed and vetted potential class representatives, including gaining an understanding of how they used video metrics in their businesses;
- ▪ Collected and reviewed extensive ad purchase data and related records from named and potential plaintiffs;
- ▪ Researched potential legal claims, including a relatively infrequently pled contract-based claim;
- ▪ Conferred with experts and video advertisers;
- ▪ Prepared and served a pre-suit notice of breach of contract on Facebook; and
- ▪ Corresponded with Facebook counsel.

JOINT DECLARATION ISO FINAL APPROVAL, FEES, COSTS, & SERVICE AWARDS
Case No. 4:16-cv-06232-JSW

11.   During this period, Plaintiffs' counsel devoted **1041.05** hours to this case, with their hours and lodestar delineated below:

| Timekeeper | Firm | Hours | Lodestar |
|---|---|---|---|
| Andrew Friedman | Cohen Milstein Sellers & Toll | 48.50 | $45,590.00 |
| Geoffrey Graber | Cohen Milstein Sellers & Toll | 96.75 | $76,432.50 |
| Michael Eisenkraft | Cohen Milstein Sellers & Toll | 45.00 | $33,300.00 |
| Eric Kafka | Cohen Milstein Sellers & Toll | 68.00 | $34,340.00 |
| JiHoon Lee | Cohen Milstein Sellers & Toll | 15.00 | $4,725.00 |
| Mariah Wozniak | Cohen Milstein Sellers & Toll | 7.50 | $2,250.00 |
| Shireen Hamdan | Cohen Milstein Sellers & Toll | 19.00 | $5,700.00 |
| Geoffrey Munroe | Gibbs Law Group | 121 | $87,120 |
| Aaron Blumenthal | Gibbs Law Group | 68.4 | $29,412 |
| Dylan Hughes | Gibbs Law Group | 57.7 | $43,275 |
| Eric Gibbs | Gibbs Law Group | 35.7 | $32,487 |
| Dave Stein | Gibbs Law Group | 11.7 | $8,307 |
| Robert Eglet | Eglet Adams | 62.20 | $54,114 |
| Robert Adams | Eglet Adams | 123.80 | $99,040 |
| Erica Entsminger | Eglet Adams | 242.50 | 167,325 |
| Artemus Ham | Eglet Adams | 11.50 | $7,475 |
| Richard Hy | Eglet Adams | 6.80 | $3,060 |
| **Total:** | | **1,041.05** | **$733,952.50** |

**B. Multiple rounds of motion-to-dismiss briefing, amendment of complaints, beginning of discovery (April 20, 2017, to December 15, 2017)**

12.   The second half of 2017 involved multiple rounds of briefing of dispositive motions, as well as the beginning of discovery. Among other tasks undertaken during this period, Plaintiffs' counsel:

- Researched, briefed, and then argued (at a hearing before Judge Henderson) Facebook's first motion to dismiss, featuring issues pertaining to Plaintiffs' contract-based claim, UCL claim, unjust enrichment claim, and standing to seek injunctive relief;

- Drafted a second amended complaint, which included:
  - Vetting additional named plaintiffs; and
  - Legal research in preparation for amending the complaint, including the recently clarified standard for Article III standing to pursue injunctive relief under the Ninth Circuit's decision in *Davidson v. Kimberly-Clark Corp.*, 889 F.3d 956 (9th Cir. 2018);

- Met and conferred with Facebook to identify relevant ESI systems in advance of the Rule 26(f) conference;

- Prepared a case management conference statement and attended the Rule 26(f) conference;

- Met and conferred with Facebook and filed a joint statement regarding the parties' initial discovery plan;

- Drafted Plaintiffs' initial disclosures and reviewed Facebook's disclosures;

- Researched additional potential document custodians and relevant personnel at Facebook;

- Crafted and implemented Plaintiffs' discovery plan, which included:
  - Drafting the first sets of interrogatories and requests for production to Facebook;

7

- o Conferring with consultants and potential experts about appropriately targeted discovery requests;

- o Drafting and negotiating an ESI protocol;

- o Drafting and negotiating a protective order;

- o Engaging in numerous meet-and-confer calls, in-person meetings, and letter exchanges with Facebook regarding discovery issues, including relevant ESI systems, search terms and custodians;

- o Meeting with the named Plaintiffs to discuss ESI and other discovery matters; and

- o Retaining an ESI consultant to assist with ESI collection;

- ▪ Evaluated Facebook's first sets of interrogatories and requests for production to Plaintiffs, and worked with the proposed class representatives to prepare responses and objections; and

- ▪ Researched and briefed Facebook's second motion to dismiss.

13. During this period, Plaintiffs' counsel devoted **1736.2** hours to this case, with their hours and lodestar delineated below:

| Timekeeper | Firm | Hours | Lodestar |
|---|---|---|---|
| Andrew Friedman | Cohen Milstein Sellers & Toll | 70.5 | $66,270 |
| Geoffrey Graber | Cohen Milstein Sellers & Toll | 491.25 | $388,087.50 |
| Michael Eisenkraft | Cohen Milstein Sellers & Toll | 20 | $14,800 |
| Eric Kafka | Cohen Milstein Sellers & Toll | 163.25 | $82,441.25 |
| Emilio Blasse | Cohen Milstein Sellers & Toll | 33 | $16,170 |
| JiHoon Lee | Cohen Milstein Sellers & Toll | 1.5 | $472.50 |
| Mariah Wozniak | Cohen Milstein Sellers & Toll | 65.5 | $19,650 |
| Shireen Hamdan | Cohen Milstein Sellers & Toll | 10 | $3,000 |
| Aaron Blumenthal | Gibbs Law Group | 182.9 | $78,647 |

JOINT DECLARATION ISO FINAL APPROVAL, FEES, COSTS, & SERVICE AWARDS
Case No. 4:16-cv-06232-JSW

| Geoffrey Munroe | Gibbs Law Group | 160.8 | $115,776 |
|---|---|---|---|
| Dave Stein | Gibbs Law Group | 107.8 | $76,538 |
| Eric Gibbs | Gibbs Law Group | 26.5 | $24,115 |
| Dylan Hughes | Gibbs Law Group | 37 | $27,750 |
| Robert Eglet | Eglet Adams | 39.4 | $34,278 |
| Robert Adams | Eglet Adams | 50.6 | $40,480 |
| Erica Entsminger | Eglet Adams | 217.5 | $150,075 |
| Artemus Ham | Eglet Adams | 8.9 | $5,785 |
| Richard Hy | Eglet Adams | 49.8 | $22,410 |
| **Total:** | | **1736.2** | **$1,166,745.25** |

**C.    Continued discovery (including multiple discovery motions), further motion-to-dismiss briefing (December 16, 2017, to May 2, 2018)**

14.    In the first half of 2018 Plaintiffs' counsel engaged in protracted discovery—including multiple discovery motions—and filed the third amended complaint. Among other tasks undertaken during this period, Plaintiffs' counsel:

- Reviewed Facebook's discovery responses for adequacy;
- Challenged inadequate Facebook discovery responses through meet-and-confer calls and letters;
- Ultimately drafted and filed five joint discovery letter briefs pertaining to Facebook's proposed protective order, the production of high-level reports about the alleged metrics error, and Facebook's initial production of documents (including its selection of document and ESI custodians), and responded to Facebook's discovery motion regarding its proposed limitations on the scope of discovery;

JOINT DECLARATION ISO FINAL APPROVAL, FEES, COSTS, & SERVICE AWARDS
Case No. 4:16-cv-06232-JSW

- Appeared and argued before Magistrate Judge Spero regarding the parties' discovery disputes, and engaged in additional in-person meet-and-confer negotiations as required by Judge Spero;

- Continued to negotiate the ESI Protocol due to ongoing disputes regarding privilege log production, logging exceptions, and search methodology;

- Continued to work with an ESI consultant and continued to meet and confer with Facebook about proposed custodians and search terms for ESI searches;

- Scrutinized and then met and conferred regarding Facebook's privilege log;

- Prepared a preliminary Rule 30b6 deposition notice relating to ESI-specific topics;

- Reviewed ESI and business records identified and collected by named Plaintiffs;

- Met with the named Plaintiffs to prepare discovery productions and responses to Facebook's written discovery;

- Filed a third amended complaint to amend Plaintiffs' claim for injunctive relief; and

- Researched and briefed Plaintiffs' successful opposition to Facebook's third motion to dismiss.

15.   During this period, Plaintiffs' counsel devoted **1548** hours to this case, with their hours and lodestar delineated below:

| Timekeeper | Firm | Hours | Lodestar |
|---|---|---|---|
| Andrew Friedman | Cohen Milstein Sellers & Toll | 34 | $31,960 |
| Geoffrey Graber | Cohen Milstein Sellers & Toll | 177 | $139,830 |
| Michael Eisenkraft | Cohen Milstein Sellers & Toll | 4.5 | $3,330 |
| Eric Kafka | Cohen Milstein Sellers & Toll | 516.5 | $260,832.50 |
| Brian Johnson | Cohen Milstein Sellers & Toll | 0.25 | $98.75 |
| Emilio Blasse | Cohen Milstein Sellers & Toll | 32 | $15,680 |
| JiHoon Lee | Cohen Milstein Sellers & Toll | 37.5 | $11,812.50 |

JOINT DECLARATION ISO FINAL APPROVAL, FEES, COSTS, & SERVICE AWARDS
Case No. 4:16-cv-06232-JSW

| | | | |
|---|---|---|---|
| Mariah Wozniak | Cohen Milstein Sellers & Toll | 56.75 | $17,025 |
| Shireen Hamdan | Cohen Milstein Sellers & Toll | 2 | $600 |
| Aaron Blumenthal | Gibbs Law Group | 195.1 | $83,893 |
| Dave Stein | Gibbs Law Group | 118.9 | $84,419 |
| Dylan Hughes | Gibbs Law Group | 5.8 | $4,350 |
| Geoffrey Munroe | Gibbs Law Group | 0.5 | $360 |
| Robert Eglet | Eglet Adams | 22.6 | $19,662 |
| Robert Adams | Eglet Adams | 27.7 | $22,160 |
| Erica Entsminger | Eglet Adams | 273.9 | $188,991 |
| Artemus Ham | Eglet Adams | 2.3 | $1,495 |
| Richard Hy | Eglet Adams | 40.7 | $18,315 |
| **Total:** | | **1548** | **$904,813.75** |

**D.    Further discovery (and additional discovery-motion briefing and negotiation), document review, briefing of final motion to dismiss (May 3, 2018, to November 2, 2018)**

16.    The period of May to October 2018 involved substantial additional discovery efforts, review of Facebook's document productions, vetting and retaining experts, preparing a fourth amended complaint, and responding to Facebook's fourth motion to dismiss. Among other tasks undertaken during this period, Plaintiffs' counsel:

- Researched, vetted, and consulted with potential testifying experts and consultants on a range of topics including:
  - Inspecting Facebook's source code for its auction-based advertisement-purchasing system and the calculation of the metrics at issue;
  - Determining Facebook's pricing model for its video advertisements;
  - Industry practices and preferences relating to online advertising metrics;
  - Best practices relating to software design and updates; and

11

- o   Calculating classwide damages;
- ▪ Established a document review platform and protocol and began review of the many thousands of documents produced by Facebook;
- ▪ Met and conferred with Facebook regarding disputed discovery issues;
- ▪ Worked with the named Plaintiffs to supplement their discovery responses;
- ▪ Continued to collect ESI from the named Plaintiffs and reviewed Plaintiffs' documents in preparation for production;
- ▪ Drafted and served subpoenas on third-party digital advertising agencies and negotiated third-party discovery parameters;
- ▪ Met and conferred with Facebook regarding its interrogatory responses and privilege logs;
- ▪ Drafted a Rule 30(b)(6) notice spanning a range of topics;
- ▪ Researched and drafted a fourth amended complaint incorporating information learned during discovery to allege a common-law-fraud claim and prayer for punitive damages;
- ▪ Opposed Facebook's efforts to seal various allegations underlying the fraud claim;
- ▪ Researched and prepared a successful opposition brief in response to Facebook's fourth motion to dismiss; and
- ▪ Worked with a consultant to undertake onsite inspections of Facebook source code.

17.   During this period, Plaintiffs' counsel devoted **2,699.9** hours to this case, with their hours and lodestar delineated below:

| Timekeeper | Firm | Hours | Lodestar |
|---|---|---|---|
| Andrew Friedman | Cohen Milstein Sellers & Toll | 47.5 | $44,650 |
| Geoffrey Graber | Cohen Milstein Sellers & Toll | 283.5 | $223,965 |
| Michael Eisenkraft | Cohen Milstein Sellers & Toll | 1.75 | $1,295 |
| Julia Horwitz | Cohen Milstein Sellers & Toll | 112.75 | $61,448.75 |

JOINT DECLARATION ISO FINAL APPROVAL, FEES, COSTS, & SERVICE AWARDS
Case No. 4:16-cv-06232-JSW

| | | | |
|---|---|---|---|
| Eric Kafka | Cohen Milstein Sellers & Toll | 314 | $158,570 |
| Brian Johnson | Cohen Milstein Sellers & Toll | 45.5 | $17,972.50 |
| Benjamin Love | Cohen Milstein Sellers & Toll | 136.5 | $34,125 |
| Carolyn Mozden | Cohen Milstein Sellers & Toll | 201.75 | $77,673.75 |
| Regina Powers | Cohen Milstein Sellers & Toll | 20.75 | $6,017.50 |
| Andrew Sanchez | Cohen Milstein Sellers & Toll | 138 | $34,500 |
| Emilio Blasse | Cohen Milstein Sellers & Toll | 1 | $490 |
| JiHoon Lee | Cohen Milstein Sellers & Toll | 13 | $4,095 |
| Mariah Wozniak | Cohen Milstein Sellers & Toll | 37 | $11,100 |
| Aaron Blumenthal | Gibbs Law Group | 418.1 | $179,783 |
| Geoffrey Munroe | Gibbs Law Group | 315.1 | $226,872 |
| Dave Stein | Gibbs Law Group | 154.9 | $109,979 |
| Dylan Hughes | Gibbs Law Group | 5.8 | $4,350 |
| Eric Gibbs | Gibbs Law Group | 1.8 | $1,638 |
| Robert Eglet | Eglet Adams | 34 | $29,580 |
| Robert Adams | Eglet Adams | 18.60 | $14,880 |
| Erica Entsminger | Eglet Adams | 337.4 | $232,806 |
| Artemus Ham | Eglet Adams | 2.5 | $1,625 |
| Richard Hy | Eglet Adams | 58.7 | $26,415 |
| **Total:** | | **2,699.9** | **$1,503,830.50** |

**E.    Identification and vetting of experts for class certification, fact-witness depositions, continued discovery (November 3, 2018, to March 4, 2019)**

18.    During the final months of 2018 and the early portion of 2019, Plaintiffs' counsel continued developing their case based on documents received through discovery and deposition

13

testimony, began preparing Plaintiffs' motion for class certification and working with their experts to prepare supporting expert reports, and continued their active discovery efforts. Among other tasks undertaken during this period, Plaintiffs' counsel:

- Continued review of the hundreds of thousands of documents produced by Facebook and third parties during discovery;
- Culled key documents for use at deposition and in support of class certification;
- Began preparation of Plaintiffs' motion for class certification;
- Worked with team of potential damages experts to craft a classwide damages model;
- Negotiated the scope of topics for Facebook's Rule 30(b)(6) deposition;
- Prepared for and began taking fact witness depositions, including a Facebook 30(b)(6) witness who was deposed regarding class member purchases, and a software engineer who was deposed regarding the calculation of the metrics at issue;
- Met and conferred with Facebook regarding its third-party discovery efforts, and drafted and filed a letter brief seeking to quash Facebook's subpoenas to Plaintiff's LLE One, LLC's customers;
- Met and conferred with third parties about Plaintiffs' subpoenas and drafted and filed a motion to enforce Plaintiffs' third-party subpoena against Publicis Communications, Inc., in the Southern District of New York;
- Worked with Plaintiff LLE One, LLC's clients to collect and review ESI responsive to Facebook's subpoenas;
- Drafted and served a fourth set of interrogatories on Facebook;
- Continued in-person meet-and-confers with Facebook regarding the scope of discovery, and prepared additional discovery motions; and
- Met with the proposed class representatives regarding depositions and discovery responses; and
- Drafted responses to Facebook's second set of interrogatories.

14

19.   During this period, Plaintiffs' counsel devoted **1777.9** hours to this case, with their hours and lodestar delineated below:

| Timekeeper | Firm | Hours | Lodestar |
|---|---|---|---|
| Andrew Friedman | Cohen Milstein Sellers & Toll | 10 | $9,400 |
| Geoffrey Graber | Cohen Milstein Sellers & Toll | 242 | $191,180 |
| Michael Eisenkraft | Cohen Milstein Sellers & Toll | 1 | $740 |
| Julia Horwitz | Cohen Milstein Sellers & Toll | 53.75 | $29,293.75 |
| Eric Kafka | Cohen Milstein Sellers & Toll | 432.75 | $218,538.75 |
| Brian Johnson | Cohen Milstein Sellers & Toll | 4 | $1,580 |
| Emilio Blasse | Cohen Milstein Sellers & Toll | 2 | $980 |
| JiHoon Lee | Cohen Milstein Sellers & Toll | 17.75 | $5,591.25 |
| Mariah Wozniak | Cohen Milstein Sellers & Toll | 42.25 | $12,675 |
| Geoffrey Munroe | Gibbs Law Group | 135.7 | $97,704 |
| Dave Stein | Gibbs Law Group | 72.7 | $51,617 |
| Aaron Blumenthal | Gibbs Law Group | 55.1 | $23,693 |
| Eric Gibbs | Gibbs Law Group | 3.8 | $3458 |
| Robert Eglet | Eglet Adams | 15 | $13,050 |
| Robert Adams | Eglet Adams | 17.6 | $14,080 |
| Erica Entsminger | Eglet Adams | 335.7 | $231,633 |
| Artemus Ham | Eglet Adams | 10 | $6,500 |
| Richard Hy | Eglet Adams | 20.3 | $9,135 |
| Gamal Hennessey | Eglet Adams | 306.5 | $61,300 |
| **Total:** | | **1777.9** | **$982,148.75** |

**F.    Preparation of class-certification motion and exhibits, further depositions, continued discovery, mediation and post-mediation negotiations (March 5, 2019, to June 11, 2019)**

20.    The middle of 2019 was the busiest stretch of the litigation. Plaintiffs' counsel drafted and finalized Plaintiffs' class-certification motion and worked with experts on supporting reports, continued with discovery, and prepared for and attended a mediation with retired United States District Court Judge Vaughn R. Walker, which (months later) ultimately led to an agreement in principle to settle the class' claims. Among other tasks undertaken during this period, Plaintiffs' counsel:

- Continued researching and preparing the class-certification motion, supported by 118 exhibits;
- Worked with a team of experts to determine the scope of reports needed to support the class-certification motion;
- Worked closely with experts to investigate, research, and prepare the reports supporting the class-certification motion;
- Prepared for and deposed nine fact witnesses, including:
  - A Facebook software engineer, a Facebook product manager, and a former Facebook engineering manager, who were deposed about their involvement in calculating Facebook's video advertising metrics;
  - A Facebook product-marketing manager and a 30(b)(6) witness who were deposed about Facebook's communications with advertisers regarding its video advertising metrics;
  - A 30(b)(6) witness who was deposed about Facebook's auction-based advertisement-purchasing system; and
  - Two 30(b)(6) witnesses who were deposed about Facebook's policies and procedures for ensuring the accuracy of its video advertising metrics;
- Prepared for the class representatives' depositions and drafted supplemental discovery responses on their behalf;

JOINT DECLARATION ISO FINAL APPROVAL, FEES, COSTS, & SERVICE AWARDS
Case No. 4:16-cv-06232-JSW

- ▪ Met and conferred with Facebook and drafted a letter brief regarding production of additional Facebook documents;
- ▪ Met and conferred with Facebook and drafted a letter brief regarding production of additional ESI pertaining to the proposed class representatives;
- ▪ Researched and prepared a detailed mediation brief, and prepared for and attended a mediation under the supervision of Judge Walker; and
- ▪ Following the failure to resolve the litigation through mediation, engaged in months of ongoing negotiations under Judge Walker's supervision, before ultimately reaching terms on a classwide settlement.

21.   During this period, Plaintiffs' counsel devoted **2343.5** hours to this case, with their hours and lodestar delineated below:

| Timekeeper | Firm | Hours | Lodestar |
|---|---|---|---|
| Andrew Friedman | Cohen Milstein Sellers & Toll | 55.75 | $52,405 |
| Geoffrey Graber | Cohen Milstein Sellers & Toll | 143.25 | $113,167.50 |
| Michael Eisenkraft | Cohen Milstein Sellers & Toll | 1.75 | $1,295 |
| Eric Kafka | Cohen Milstein Sellers & Toll | 480.5 | $242,652.50 |
| JiHoon Lee | Cohen Milstein Sellers & Toll | 3 | $945 |
| Mariah Wozniak | Cohen Milstein Sellers & Toll | 37.75 | $11,325 |
| Shireen Hamdan | Cohen Milstein Sellers & Toll | 0.5 | $150 |
| Dave Stein | Gibbs Law Group | 286.8 | $203,628 |
| Geoffrey Munroe | Gibbs Law Group | 171 | $123,120 |
| Aaron Blumenthal | Gibbs Law Group | 135.4 | $58,222 |
| Eric Gibbs | Gibbs Law Group | 107.9 | $98,189 |
| Dylan Hughes | Gibbs Law Group | 3.5 | $2,625 |
| Robert Eglet | Eglet Adams | 70.9 | $61,683 |

JOINT DECLARATION ISO FINAL APPROVAL, FEES, COSTS, & SERVICE AWARDS
Case No. 4:16-cv-06232-JSW

| Robert Adams | Eglet Adams | 19.2 | $15,360 |
|---|---|---|---|
| Erica Entsminger | Eglet Adams | 535.1 | $369,219 |
| Artemus Ham | Eglet Adams | 51.7 | $33,605 |
| Richard Hy | Eglet Adams | 49.5 | $22,275 |
| Gamal Hennessey | Eglet Adams | 190 | $38,000 |
| **Total:** | | **2343.5** | **$1,447,866** |

**G.   Settlement agreement and exhibits, settlement administration, preliminary approval (June 12, 2019, to October 4, 2019)**

22.   After agreeing to terms, Plaintiffs' counsel worked to prepare the formal settlement agreement, prepared all of the supporting exhibits (including the long- and short-form notices), and retained and worked with the settlement administrator to devise the plan of allocation and prepare to roll out the settlement. During this period, Plaintiffs' counsel:

- Drafted the comprehensive settlement agreement now before the Court;
- Engaged in a series of negotiations and discussions with Facebook over the course of weeks to finalize the agreement;
- Drafted all of the exhibits to the settlement, composed of the long-form class notice, the short-form class notice, and proposed order;
- Identified six potential settlement administrators, solicited competing bids from them, and ultimately selected the settlement administrator;
- Worked with the settlement administrator to craft a plan of allocation, a plan for class notice, and on various other issues relating to implementation of the settlement; and
- Researched and prepared Plaintiffs' motion for preliminary approval of the settlement and supporting documents.

23.   During this period, Plaintiffs' counsel devoted **430.45** hours to this case, with their hours and lodestar delineated below:

| Timekeeper | Firm | Hours | Lodestar |
|---|---|---|---|
| Andrew Friedman | Cohen Milstein Sellers & Toll | 12.75 | $11,985 |
| Michael Eisenkraft | Cohen Milstein Sellers & Toll | 2.75 | $2,035 |
| Eric Kafka | Cohen Milstein Sellers & Toll | 7.25 | $3,661.25 |
| Shireen Hamdan | Cohen Milstein Sellers & Toll | 0.5 | $150 |
| Eric Gibbs | Gibbs Law Group | 187.5 | $170,625 |
| Aaron Blumenthal | Gibbs Law Group | 121.1 | $52,073 |
| Dave Stein | Gibbs Law Group | 84.1 | $59,711 |
| Dylan Hughes | Gibbs Law Group | 1.3 | $975 |
| Erica Entsminger | Eglet Adams | 13.2 | $9,108 |
| **Total:** | | **430.45** | **$310,323.25** |

**H.   Class notice, continued settlement administration, final approval and fee motion (October 5, 2019, through January 2020)**

24.   In the time since the Court granted Plaintiffs' motion to preliminarily approve the settlement and direct class notice, Plaintiffs' counsel have worked closely with the settlement administrator to ensure the notice program was effectuated and prepared Plaintiffs' motion for final approval and attorneys' fees, costs, and service awards. To date, these efforts have included:

- ▪   Working with the settlement administrator to prepare and finalize the settlement website;

- ▪   Reviewing the Court's preliminary approval order and preparing a stipulation to extend the notice deadlines;

- ▪   Working with the settlement administrator to implement a feature to show class members their total video ad purchases during the class period, requiring incorporation of Facebook's data for over one million class members;

19

- ▪ Working with the settlement administrator on issues relating to the dissemination of class notice, and preparing to respond to class member inquiries about the settlement; and
- ▪ Researching and drafting motion for final approval, attorneys' fees, costs, and service awards, and supporting exhibits.

25.   Based on our experience in past class action settlements, our efforts are likely to continue in the coming months as we work with the settlement administrator and Facebook to finalize implementation of the settlement, respond to class member inquiries, and prepare a reply brief in support of final settlement approval. Thus far, during this period, Plaintiffs' counsel have devoted over **197.95** hours to this case, with their hours and lodestar delineated below:

| Timekeeper | Firm | Hours | Lodestar |
|:---:|:---:|:---:|:---:|
| Andrew Friedman | Cohen Milstein Sellers & Toll | 2.75 | $2,585 |
| Eric Kafka | Cohen Milstein Sellers & Toll | 1 | $505 |
| Kyla Gibboney | Gibbs Law Group | 140.1 | $64,446 |
| Dave Stein | Gibbs Law Group | 37.4 | $26,554 |
| Aaron Blumenthal | Gibbs Law Group | 7.4 | $3,182 |
| Eric Gibbs | Gibbs Law Group | 7.4 | $6,734 |
| Erica Entsminger | Eglet Adams | 1.9 | $1,311 |
| **Total:** | | **197.95** | **$105,317** |

JOINT DECLARATION ISO FINAL APPROVAL, FEES, COSTS, & SERVICE AWARDS
Case No. 4:16-cv-06232-JSW

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 15, 2020, in Oakland, California.

*/s/ Eric H. Gibbs*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 15, 2020, in Washington, D.C.

*/s/ Andrew N. Friedman*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 15, 2020, in Las Vegas, Nevada.

*/s/ Robert T. Eglet*

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

January 15, 2020                                    Respectfully submitted,

*/s/ Eric H. Gibbs*

JOINT DECLARATION ISO FINAL APPROVAL, FEES, COSTS, & SERVICE AWARDS
Case No. 4:16-cv-06232-JSW