United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLE ONE, LLC, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>FACEBOOK INC.,<br>　　　　Defendant. | Case No. 4:16-cv-06232-JSW<br><br>**CLERK'S NOTICE INFORMING PARTIES HEARING WILL BE VIA ATT TELECONFERENCE**<br><br>Re: Dkt. No. 204 |

　　YOU ARE HEREBY NOTIFIED that the hearing on the Motion for Settlement and Attorneys Fees, scheduled on June 26, 2020 at 9:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE will be via ATT Teleconference.  The parties shall use the following dial-in information:

　　ATT Teleconference: Call in number: 1-888-684-8852 and  access code 8583698#

Dated: June 8, 2020

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By: _____*Jennifer Ottolini*_____
　　　　　　　　　　　　　　　　　　Jennifer Ottolini, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JEFFREY S. WHIT
　　　　　　　　　　　　　　　　　　jswcrd@cand.uscourts.gov