UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: June 25, 2020  Time in Court: 5 minutes

**JUDGE: JEFFREY S. WHITE**  **Court Reporter**:  Pamela Hebel

Courtroom Deputy: Aris Garcia

**CASE NO.: C-16-06232   JSW**
**TITLE:**  Tyler Barnett PR, LLC et al v. Facebook Inc.

**COUNSEL FOR PLAINTIFF:** David Stein, Erica Entsminger, Eric Gibbs, Andrew Friedman, Robert Eglet

**COUNSEL FOR DEFENDANT:**  Paven Malhotra

**PROCEEDINGS**:  1.  Motion for Attorney Fees
2.  Motion for Settlement

**RESULTS:**  Hearing Held.
There are no objections to settlement.

The Court shall GRANT the motion for Settlement and Motion for Attorney Fees.

The Court will update parties proposed order and written order will be issued.