Eric H. Gibbs (SBN 178658)
David Stein (SBN 257465)
Kyla J. Gibboney (SBN 301441)
Aaron Blumenthal (SBN 310605)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
kjg@classlawgroup.com
ab@classlawgroup.com

Robert T. Eglet (*pro hac vice*)
Robert M. Adams (*pro hac vice*)
Erica D. Entsminger (*pro hac vice*)
Artemus W. Ham (*pro hac vice*)
**EGLET ADAMS**
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Telephone: (702) 450-5400
Facsimile: (702) 450-5451
eservice@egletlaw.com

Andrew N. Friedman (*pro hac vice*)
Geoffrey Graber (SBN 211547)
Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
ekafka@cohenmilstein.com

*Class Counsel*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| LLE ONE, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No.: 4:16-cv-06232-JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING DISTRIBUTION<br>OF SETTLEMENT FUNDS** |

Pursuant to Local Rule 6-2, the parties, by and through their respective counsel, hereby stipulate as follows:

1. WHEREAS, by order dated June 26, 2020, the Court granted final approval of the classwide settlement resolving this litigation, (ECF No. 211).

2. WHEREAS, under the parties' settlement agreement, (ECF No. 198-2), the following payments are due:

    a. Distribution of the net settlement proceeds to the class by August 17, 2020, via three payment methods: check, digital MasterCard debit card, and ad credits, (*id.*, Secs. V.2, V.3(b));

    b. Payment of service awards to the two class representatives by August 17, 2020 (*id.*, Sec. IX.5); and

    c. Reimbursement of litigation costs and payment of attorney's fees to class counsel by August 18, 2020 (*id.*, Sec. IX.2).

3. WHEREAS, due to complications stemming from the COVID-19 pandemic, the settlement administrator has notified the parties that while it is able to timely disseminate settlement payments via check (constituting about 47% of the settlement payments), it will require additional time to distribute the digital MasterCard debit payments and provide Facebook with information needed for the distribution of ad credits.

THEREFORE, IT IS HEREBY STIPULATED, subject to the Court's approval, that:

The parties and settlement administrator shall have leave to deviate from the above deadlines in the following respects: (a) payments to the class via digital MasterCard debit card shall be made no later than September 30, 2020, and (b) payments to the class via account credit shall be distributed no later than September 30, 2020.

**IT IS SO STIPULATED AND AGREED.**

Dated: August 6, 2020					GIBBS LAW GROUP LLP

							By: /s/ Eric H. Gibbs

							*Class Counsel*

Dated: August 6, 2020					**KEKER, VAN NEST & PETERS LLP**

							By: /s/ Paven Malhotra

							*Counsel for Defendant Facebook, Inc.*

## ATTESTATION

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: August 6, 2020					/s/ Eric H. Gibbs

**[PROPOSED] ORDER**

Based on the stipulation of the parties, it is so ordered.

The parties and settlement administrator shall have leave to deviate from the deadlines set forth in the settlement agreement in the following respects: (a) payments to the class via digital MasterCard debit card shall be made no later than September 30, 2020, and (b) payments to the class via account credit shall be distributed no later than September 30, 2020.

**IT IS SO ORDERED.**

Date: August 6, 2020

_____
HON. JEFFREY S. WHITE
United States District Judge