| | |
|---|---|
| Eric H. Gibbs (SBN 178658) | Robert T. Eglet (*pro hac vice*) |
| David Stein (SBN 257465) | Robert M. Adams (*pro hac vice*) |
| Kyla J. Gibboney (SBN 301441) | Erica D. Entsminger (*pro hac vice*) |
| Aaron Blumenthal (SBN 310605) | Artemus W. Ham (*pro hac vice*) |
| **GIBBS LAW GROUP LLP** | **EGLET ADAMS** |
| 505 14th Street, Suite 1110 | 400 South Seventh Street, Suite 400 |
| Oakland, CA 94612 | Las Vegas, NV 89101 |
| Telephone: (510) 350-9700 | Telephone: (702) 450-5400 |
| Facsimile: (510) 350-9701 | Facsimile: (702) 450-5451 |
| ehg@classlawgroup.com | eservice@egletlaw.com |
| ds@classlawgroup.com | |
| kjg@classlawgroup.com | |
| ab@classlawgroup.com | |

Andrew N. Friedman (*pro hac vice*)
Geoffrey Graber (SBN 211547)
Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
ekafka@cohenmilstein.com

*Class Counsel*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| LLE ONE, LLC, *et al.*, | Case No.: 4:16-cv-06232-JSW |
| Plaintiffs, | **STATUS REPORT** |
| v. | |
| FACEBOOK, INC., | |
| Defendant. | |

The parties submit this joint status report to update the Court on their efforts to distribute the proceeds from the class action settlement to eligible class members.

Since the Court granted final approval in this matter in June 2020, the Court-appointed settlement administrator, A.B. Data, has distributed approximately $22.8 million of the $26.9 million net settlement fund to class members. The balance, approximately $4.1 million, is what remains in uncashed settlement checks.

The parties have been working diligently to distribute these remaining funds to class members. In particular, Defendant is currently working to locate the best available contact information for remaining class members who have uncashed settlement checks or had their settlement checks returned due to an invalid mailing address. The parties anticipate these efforts will be complete within 60 days and propose filing an additional statement regarding the distribution process at that time.

Dated: March 9, 2022                    Respectfully submitted,

                                        **GIBBS LAW GROUP LLP**

                                        By: */s/ David Stein*

                                        *Class Counsel*

Dated: March 9, 2022                    **KEKER, VAN NEST & PETERS LLP**

                                        By: */s/ Paven Malhotra*
                                        Keker Van Nest & Peters LLP

                                        *Counsel for Defendant Facebook, Inc.*

**ATTESTATION**

I attest that for all conformed signatures indicated by an "/s/," the signatory has concurred in the filing of this document.

Dated: March 9, 2022                              */s/ David Stein*