```
KEKER, VAN NEST & PETERS LLP
DAVID SILBERT - # 173128
dsilbert@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE S. YBARRA - # 260697
mybarra@keker.com
ELIZABETH K. MCCLOSKEY - #268184
emccloskey@keker.com
IAN KANIG - # 295623
ikanig@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188
```

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LLE ONE, LLC, d/b/a Crowd Siren and d/b/a Social Media Models, and JONATHAN MURDOUGH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Lead Case No. 4:16-cv-06232-JSW<br>Related Case No. 4:17-cv-00233-JSW<br><br>**NOTICE OF WITHDRAWAL OF ELIZABETH K. MCCLOSKEY**<br><br>Judge:        Hon. Jeffrey S. White<br><br>Dated Filed:  October 27, 2016<br><br>Trial Date:   None Set |

PLEASE TAKE NOTICE that the undersigned is no longer associated with the law firm of Keker, Van Nest & Peters, LLP and hereby withdraws her appearance as counsel for Defendant.

Defendant Facebook, Inc. will continue to be represented by David Silbert, Paven Malhotra, Michelle S. Ybarra, Ian Kanig, and Christopher S. Sun of the Keker, Van Nest & Peters LLP law firm.

Dated: September 1, 2022                    KEKER, VAN NEST & PETERS LLP

                                By:   /s/ Elizabeth K. McCloskey
                                      ELIZABETH K. MCCLOSKEY

                                      Attorneys for Defendant
                                      FACEBOOK, INC.